# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

HEATHER COLLINS and TYRONE
COLLINS,

　　　　　　　　　　　Plaintiff(s),

CASE NO. C 09-04110 SBA

　　　v.

ALLSTATE INDEMNITY COMPANY and
DOES 1 through 100, inclusive,

　　　　　　　　　　　Defendant(s).

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ /

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

　　　　Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐　　Non-binding Arbitration (ADR L.R. 4)
☒　　Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐　　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☐　　Private ADR (*please identify process and provider*) ＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

The parties agree to hold the ADR session by:

☒　　the presumptive deadline *(The deadline is 90 days from the date of the order
referring the case to an ADR process unless otherwise ordered.)*

☐　　other requested deadline ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Dated: 11/19/2009＿＿＿＿＿＿＿

/s/ Russell A. Robinson＿＿＿＿＿＿
Attorney for Plaintiff

Dated: 11/19/2009＿＿＿＿＿＿＿

/s/ Jeffry Butler＿＿＿＿＿＿＿＿＿
Attorney for Defendant

＿＿＿＿＿＿＿＿＿＿＿＿＿　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

American LegalNet, Inc.
www.USCourtForms.com

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐     Non-binding Arbitration
☒     Early Neutral Evaluation (ENE)
☐     Mediation
☐     Private ADR

Deadline for ADR session
☒     90 days from the date of this order.
☐     other _____

IT IS SO ORDERED.

Dated: _11/20/09_____

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com